NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLAUDE SEARS, DONALD E. BRACY, ANNA L. BRACY, O. BERNICE DICKKUT RESIDUARY TRUST, FIRST UNION LLC, CHARLES E. LAKIN REVOCABLE TRUST, DERRICK NEDERHOFF, ROGER L. OSGOOD, GLENDA L. OSGOOD, PROSSER FARMS, INC., WILLIAM L. ROBINSON, CORY J. SCHURMAN, DEANNA L. SCHURMAN, CHARLES WILLIAM STEINFELDT, FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS,**
*Plaintiffs*

**DENZIL J. GOULD, JOHN E. BRADLEY, JUNE A. BRADLEY, NORVAL K. MOSHER, ESTHER M. MOSHER, CHARLES S. HEENE, RICHARD K. RICHARDS ESTATE,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2017-2172

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00889-CFL, Judge Charles F. Lettow.

---

**JUDGMENT**

---

THOMAS SCOTT STEWART, Stewart Wald & McCulley, LLC, Kansas City, MO, argued for plaintiffs-appellants.

ELIZABETH ANN PETERSON, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JEFFREY H. WOOD, ERIC GRANT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 12, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |